UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER,<br><br>    Plaintiff<br><br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>    Defendant | Case No.: 2:23-cv-00703-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Wells Fargo Bank N.A.'s certificate of interested parties (ECF No. 17) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Wells Fargo as required by the recent amendment to that rule.

    I FURTHER ORDER defendant Wells Fargo Bank N.A. to file a proper certificate of interested parties by June 23, 2023.

    DATED this 14th day of June, 2023.

                                                    ANDREW P. GORDON<br>
                                                    UNITED STATES DISTRICT JUDGE