**SEMENZA KIRCHER RICKARD**
Jarrod L. Rickard, Bar No. 10203
jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
klc@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, Esq.
Florida Bar No. 933244
(admitted *pro hac vice*)
jcs@lklsg.com
Jason K. Kellogg, Esq.
Florida Bar No. 0578401
(admitted *pro hac vice*)
jk@lklsg.com
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:23-cv-00703-APG-NJK<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER ACTION TO DISTRICT JUDGE GLORIA M. NAVARRO [ECF 19]** |

1

On June 21, 2023, Plaintiff Geoff Winkler, as court-appointed receiver for the above-named receivership entities ("Plaintiff"), filed a Motion to Transfer Action to District Judge Gloria M. Navarro [ECF 19] (the "Motion"). Defendant Wells Fargo Bank, N.A.'s ("Defendant") opposition to Plaintiff's Motion was due on or before July 5, 2023. As of the date of this Notice, Defendant has not filed an opposition to the Motion. Plaintiff respectfully requests that the Court grant the Motion.

Dated July 7, 2023

**SEMENZA KIRCHER RICKARD**

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Kircher Rickard in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 7th day of July 2023, I served the document(s), described as:

**NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER ACTION TO DISTRICT JUDGE GLORIA M. NAVARRO [ECF 19]**

☒   by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒  a.  **CM/ECF System** to the following registered e-mail addresses:

**HOLLAND & HART LLP**
Joseph G. Went, jgwent@hollandhart.com, Intaketeam@hollandhart.com, blschroeder@hollandhart.com, krcole@hollandhart.com
Sydney Gambee, srgambee@hollandhart.com, intaketeam@hollandhart.com, jeheilich@hollandhart.com
*Attorneys for Wells Fargo Bank, N.A.*

☐  b.  **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐  c.  **BY PERSONAL SERVICE.**

☒  d.  **BY DIRECT EMAIL.**

**MCGUIREWOODS LLP**
K. Issac deVyver, kdevyver@mcguirewoods.com
Alicia Baiardo, abaiardo@mcguirewoods.com
Anthony Q. Le, ale@mcguirewoods.com
*Attorneys for Wells Fargo Bank, N.A.*

☐  e.  **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Kircher Rickard