**SEMENZA KIRCHER RICKARD**
Jarrod L. Rickard, Bar No. 10203
jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
klc@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, Esq.
jcs@lklsg.com
Jason K. Kellogg, Esq.
jk@lklsg.com
Marcelo Diaz-Cortes, Esq.
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>                    Plaintiff,<br>         v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No.: 2:23-cv-00703<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED DISCOVERY PLAN**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, the parties hereby stipulate, subject to this Court's approval, to a three-day extension of time to file an amended discovery plan, and state as follows:

WHEREFORE, on July 28, 2023, the Court ordered that the parties file an amended discovery plan by August 2, 2023 [Docket No. 39].  The Court directed the parties to explain the length of the proposed schedule and address the coordination of the schedule in this action with the schedule in the related class action, *In re J&J Investment Litigation*, No. 2:22-cv-00529-GMN-NJK (D. Nev.);

WHEREAS, the parties respectfully submit that good cause exists to extend the deadline to file an amended discovery plan by three days to address the Court's direction to reconcile the differences between the schedules in this case and the class action.  These discussions necessarily involve counsel for the class plaintiffs.  In the past 48 hours, the parties have engaged in telephone and e-mail communications on the issue, including communications with class counsel, and have circulated a proposed schedule.  The parties believe it will be productive to continue those efforts before filing their amended discovery plan; and

WHEREAS, this is the first motion to extend the time to file an amended discovery plan;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that the parties file their amended discovery plan and proposed scheduling on or before August 7, 2023.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: August 3, 2023

_____
Honorable Nancy J. Koppe
United States Magistrate Judge

Dated: August 2, 2023

**SEMENZA KIRCHER RICKARD**

*/s/ Jarrod Rickard*
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ K. Issac deVyver*

Joseph G. Went (NBN 9220)
Sydney R. Gambee (NBN 14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
srgambee@hollandhart.com

K. Issac deVyver (*pro hac vice*)
Alicia A. Baiardo (*pro hac vice*)
Anthony Q. Le (*pro hac vice*)
**MCGUIREWOODS**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210
KdeVyver@mcguirewoods.com
ABaiardo@mcguirewoods.com
ALe@mcguirewoods.com

*Attorneys for Defendant*