**SEMENZA KIRCHER RICKARD**
Jarrod L. Rickard, Bar No. 10203
jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
klc@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, Esq.
jcs@lklsg.com
Jason K. Kellogg, Esq.
jk@lklsg.com
Marcelo Diaz-Cortes, Esq.
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile:  (305) 403-8789

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>            Plaintiff,<br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No.: 2:23-cv-00703<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCOVERY PLAN**<br>**(Second Request)** |

1. Pursuant to Local Rule IA 6-1, the parties hereby stipulate, subject to this Court's approval, to a two-day extension of time to file an amended discovery plan, and state as follows:

1. WHEREAS, on July 28, 2023, the Court ordered that the parties file an amended discovery plan by August 2, 2023 [Docket No. 39]. The Court directed the parties to explain the length of the proposed schedule and address the coordination of the schedule in this action with the schedule in the related class action, In re J&J Investment Litigation, No. 2:22-cv-00529-GMN-NJK (D. Nev.);

2. WHEREAS, on August 3, 2023, the Court granted a stipulation extending the time to file this stipulation to August 7, 2023 [Docket No. 41];

3. WHEREAS, the parties have met and conferred several times since August 3, including throughout the weekend, and today, August 7, 2023, and wish to put forward a joint proposal in both the present action and the class action to materially advance the disposition of both cases, *In re J&J Investment Litigation*, No. 2:22-cv-00529-GMN-NJK (D. Nev.);

4. WHEREAS, the parties need a short extension of time to prepare their proposal for submission to the Court;

5. WHEREAS, this is the second stipulation to extend the time to file an amended discovery plan;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that the parties file their amended discovery plan and proposed scheduling on or before August 9, 2023.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: __August 8__, 2023      _____
United States Magistrate Judge

2
JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCOVERY PLAN
CASE NO. 2:23-cv-00703

| | |
|---|---|
| Dated: August 7, 2023 | Respectfully submitted, |
| **SEMENZA KIRCHER RICKARD** | By: */s/ Joseph Went* |
| */s/ Jarrod Rickard*<br>Jarrod L. Rickard, Bar No. 10203<br>Katie L. Cannata, Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Joseph G. Went (NBN 9220)<br>Sydney R. Gambee (NBN 14201)<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: 702.669.4600 |
| **LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**<br>Jeffrey C. Schneider, P.A.<br>Florida Bar No. 933244<br>(admitted *pro hac vice*)<br>Jason K. Kellogg, P.A.<br>Florida Bar No. 0578401<br>(admitted *pro hac vice*)<br>Marcelo Diaz-Cortes, Esq.<br>Florida Bar No. 118166<br>(admitted *pro hac vice*)<br>100 SE 2nd Street<br>Miami Tower, 36th Floor<br>Miami, Florida 33131<br>*Attorneys for Plaintiff* | Fax: 702.669.4650<br>jgwent@hollandhart.com<br>srgambee@hollandhart.com<br><br>K. Issac deVyver (*pro hac vice*)<br>Alicia A. Baiardo (*pro hac vice*)<br>Anthony Q. Le (*pro hac vice*)<br>**MCGUIREWOODS**<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: 310.315.8200<br>Fax: 310.315.8210<br>KdeVyver@mcguirewoods.com<br>ABaiardo@mcguirewoods.com<br>ALe@mcguirewoods.com<br><br>*Attorneys for Defendant* |

3
JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCOVERY PLAN
CASE NO. 2:23-cv-00703