UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WELLS FARGO, N.A.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00703-GMN-NJK<br><br>**Order** |

On August 15, 2023, the Court granted Plaintiff's motion to stay to mediate and stayed discovery until November 7, 2023. Docket No. 47. The Court ordered the parties to file either a joint status report or request to extend the stay no later than October 31, 2023. *See id*. The Court further ordered the parties file a proposed discovery plan and scheduling order no later than November 14, 2023, if the case did not settle and the parties did not ask to extend the stay. *See id*. The parties have failed to comply with the Court's order.

Accordingly, the parties are hereby **ORDERED** to file, no later than November 20, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1