**SEMENZA KIRCHER RICKARD**
Jarrod L. Rickard, Bar No. 10203
jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
klc@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, Esq.
jcs@lklsg.com
Jason K. Kellogg, Esq.
jk@lklsg.com
Marcelo Diaz-Cortes, Esq.
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile:  (305) 403-8789

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**JOINT REQUEST TO EXTEND STAY** |

1   On August 15, 2023, pursuant to the parties' request, the Court stayed these cases pending mediation. ECF No. 47. The Court ordered that "the parties must file either a status report or request to extend the stay no later than Tuesday, October 31, 2023[.]" *Id.* Pursuant to that order and a nearly identical one issued in *In re J&J Investment Litigation*, No. 2:22-cv-00529-GMN-NJK (D. Nev.) (the "Class Action"), the parties timely submitted in the Class Action a Joint Request to Extend Stay, which the Court granted. Class Action, ECF No. 130–32.

The parties, however, did not submit the Joint Request in this action by October 31, as they were under the mistaken impression that their filing in the Class Action would be considered for purposes of both actions and any resulting stay would similarly apply to both actions. On November 15, 2023, the Court entered an Order in this action requiring the parties to submit a joint proposed discovery plan by November 20, 2023, noting that the parties did not comply with the August 15 Order. ECF No. 48.  The parties ask the Court to excuse their oversight of not filing the Joint Request in this action and request that, due to the parties' ongoing mediation efforts and the interrelatedness of this action and the Class Action, the Court consider and apply the Joint Request to Extend Stay to this action.  The parties, including Class Plaintiffs, the Receiver, and Wells Fargo, continue to be engaged in mediation discussions with Robert A. Meyer, Esq., of JAMS. Although the parties did not reach a settlement, with the assistance of the mediator the parties have identified a path forward for future productive discussions.

The protocol that the parties negotiated provides for an exchange of specified information by January 16, 2024, and a meeting between the parties' accountants over a period of days. After that, the parties are scheduled to mediate again with Mr. Meyer on February 29, 2024.

///

///

///

///

///

///

The parties accordingly request that both the Receiver's case and the class action remain stayed through the date of the February mediation. The parties further propose to submit either a status report or request to extend the stay no later than March 7, 2024. If the parties do not request to extend the stay, the parties propose to file a proposed case schedule by March 14, 2024.

Dated: November 16, 2023

**SEMENZA KIRCHER RICKARD**

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*/s/ Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ K. Issac deVyver*

K. Issac deVyver (*pro hac vice*)
Alicia A. Baiardo (*pro hac vice*)
Anthony Q. Le (*pro hac vice*)
**MCGUIREWOODS**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210
KdeVyver@mcguirewoods.com
ABaiardo@mcguirewoods.com
ALe@mcguirewoods.com

Joseph G. Went (NBN 9220)
Sydney R. Gambee (NBN 14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
srgambee@hollandhart.com


*Attorneys for Defendant*