UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER,<br>          Plaintiff(s),<br>v.<br>WELLS FARGO BANK, N.A.,<br>          Defendant(s). | Case No. 2:23-cv-00703-GMN-NJK<br><br>**Order**<br><br>[Docket No. 59] |

   Pending before the Court is Defendant's notice of intent to serve subpoenas duces tecum. Docket No. 59.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court.  *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

   IT IS SO ORDERED.

   Dated: June 25, 2024

                                                                                          _____
                                                                                          Nancy J. Koppe
                                                                                          United States Magistrate Judge

1