# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEOFF WINKLER,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,

    Defendant(s).

Case No. 2:23-cv-00703-GMN-NJK

**Order**

[Docket No. 62]

Pending before the Court is Defendant's motion for telephonic conference regarding a dispute as to whether Plaintiff is subject to a Rule 30(b)(6) deposition. Docket No. 62. Plaintiff must file a response by August 9, 2024. This response must include a memorandum of points and authorities addressing Plaintiff's legal arguments on this issue. The response must not exceed five pages.

IT IS SO ORDERED.

Dated: July 30, 2024

                                                                                                 Nancy J. Koppe
United States Magistrate Judge

1