UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEOFF WINKLER,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,

    Defendant(s).

Case No. 2:23-cv-00703-GMN-NJK

**Order**

[Docket No. 131]

Pending before the Court is an emergency motion filed by Jeffrey Judd seeking relief regarding a deposition scheduled for February 20, 2025. Docket No. 131.

The motion fails from the outset. First, the barebones motion is not sufficiently developed to enable meaningful review.[1] For example, the motion indicates that the governing rules provide the Court with the authority to determine which persons may be present at a deposition, Docket No. 131 at 3 (citing Fed. R. Civ. P. 26(c)(1)(E)), but the motion fails to provide the pertinent standards or any elaboration on the legal considerations for such relief. Second, the motion identifies (sparse) written conferral efforts, Docket No. 131 at 2; Docket Nos. 131-1, 131-2, but the governing rule plainly requires conferral efforts by telephone, by video, or in-person, Local Rule IA 1-3(f). Stated differently, "[t]he exchange of written, electronic, or voice-mail communications does not satisfy this requirement." *Id.*

Accordingly, the instant motion is **DENIED** without prejudice. If Judd and his attorneys wish to seek discovery-related relief, they must comply with the required conferral processes and

---

[1] The motion is also confusing and appears to contain numerous errors. By way of example, the motion states that it was filed in accordance with "LR 7-1," Docket No. 131 at 1, which is nonsensical given that the cited rule governs stipulations. The motion also indicates that it is attaching a declaration "as required by LR 7-1," Docket No. 131 at 1 n.1, though there is not a provision in that local rule for a declaration.

1

must file a motion that provides coherent and fulsome discussion of the issues. Any renewed motion must be filed by noon on February 13, 2025. If a renewed motion is filed, any response must be filed by February 14, 2025.[2] No reply will be entertained.

IT IS SO ORDERED.

Dated: February 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Counsel are reminded that the deadline set in this order controls regardless of whether CMECF automatically generates a different deadline. Local Rule IC 3-1(d).