Daniel C. Girard (pro hac vice)
Jordan Elias (pro hac vice)
Tom Watts (pro hac vice)
Jordan Isern (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800 (tel.)
(415) 981-4846 (fax)
dgirard@girardsharp.com
jelias@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

Eric Gibbs (pro hac vice)
David K. Stein (pro hac vice)
Spencer Hughes (pro hac vice)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
shughes@classlawgroup.com

Emily Beale (pro hac vice)
**GIBBS MURA LLP**
43 West 43rd Street, Suite 52
New York, NY 10036
eb@classlawgroup.com

*Interim Co-Lead Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR CERTAIN MOTIONS IN CONNECTION WITH CLASS CERTIFICATION AND SUMMARY JUDGMENT**<br><br>Judge:　The Hon. Gloria M. Navarro<br>　　　　The Hon. Nancy J. Koppe |

1  Pursuant to LR 7-1, LR 7-3(c), LR IA 6-1, and LR IA 6-2, Plaintiffs ("Class Plaintiffs") in
2  the action styled *In re J&J Investment Litigation*, No. 2:22-cv-00529-GMN-NJK (D. Nev.) (the
3  "Class Action"), Plaintiff Geoff Winkler (the "Receiver" and together with Class Plaintiffs, the
4  "Plaintiffs") in *Winkler v. Wells Fargo Bank, N.A.*, No. 2:23-cv-00703-GMN-NJK (D. Nev.) (the
5  "Receiver Action" and together the "Actions") and Defendant Wells Fargo Bank, N.A. ("Wells
6  Fargo") (collectively, the "Parties") in the Actions, jointly stipulate as follows:

7  WHEREAS, on June 27, 2023, the Court coordinated these cases for purposes of discovery
8  and case schedule. *See* Class Action, ECF No. 110; Receiver Action ECF No. 22;

9  WHEREAS, on March 3, 2025, Class Plaintiffs filed a motion for class certification. Class
10 Action, ECF No. 188;

11 WHEREAS, on March 14, 2025, Wells Fargo filed its opposition to the motion for class
12 certification. Class Action, ECF No. 198;

13 WHEREAS, Class Plaintiffs' reply to the motion for class certification is due on April 3,
14 2025. Class Action, ECF No. 186;

15 WHEREAS, Wells Fargo has filed several motions that challenge Plaintiffs' evidence or
16 experts in connection with class certification. Class Action, ECF Nos. 201, 204, 208;

17 WHEREAS, the Parties are scheduled to begin briefing dispositive motions on April 23,
18 2025. ECF Nos. 171, 186;

19 WHEREAS, additional motions challenging evidence or experts may be filed in connection
20 with class certification or dispositive motions;

21 WHEREAS, due to the complexity of the issues and the need to work on multiple motions
22 simultaneously, the Parties seek to extend the briefing schedules for motions challenging experts
23 or evidence in connection with class certification and summary judgment, which will not impact
24 the case schedule deadlines;

25 WHEREAS, the Parties request that the deadlines for oppositions to such motions be
26 extended by 14 days—allowing a total of 28 days from the date of the motion—and the deadline
27 for replies be extended by 7 days—allowing a total of 14 days from the date of the opposition
28 brief. *See* LR 7-2(b);

-2-

1    NOW THEREFORE, the Parties stipulate as follows, subject to the Court's approval:

2    (a)    The following deadlines apply to motions challenging experts or evidence in connection with class certification and summary judgment, including those currently pending and any filed in the future ("Covered Motions");

5    (b)    Opposition briefs to Covered Motions shall be filed within 28 days of the filing of the motion;

7    (c)    Replies in support of Covered Motions shall be filed within 14 days of the filing of the opposition brief.

| | |
|---|---|
| Dated:    March 27, 2025 | Respectfully submitted, |
| For Class Plaintiffs: | For Wells Fargo: |
| By: /s/ *Daniel C. Girard* | By: */s/ Joseph G. Went* |
| Daniel C. Girard (pro hac vice)<br>Jordan Elias (pro hac vice)<br>Tom Watts (pro hac vice)<br>Jordan Isern (pro hac vice)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dgirard@girardsharp.com<br>jelias@girardsharp.com<br>tomw@girardsharp.com<br>jisern@girardsharp.com | Joseph G. Went (NBN 9220)<br>Sydney R. Gambee (NBN 14201)<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: 702.669.4600<br>Fax: 702.669.4650<br>jgwent@hollandhart.com<br>srgambee@hollandhart.com<br><br>K. Issac deVyver (*pro hac vice*)<br>Alicia A. Baiardo (*pro hac vice*)<br>Anthony Q. Le (*pro hac vice*)<br>**MCGUIREWOODS**<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: 310.315.8200<br>Fax: 310.315.8210<br>KdeVyver@mcguirewoods.com<br>ABaiardo@mcguirewoods.com<br>ALe@mcguirewoods.com |
| Eric Gibbs (pro hac vice)<br>David K. Stein (pro hac vice)<br>Spencer S. Hughes (pro hac vice)<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>ehg@classlawgroup.com<br>ds@classlawgroup.com<br>shughes@classlawgroup.com | |
| Emily Beale (pro hac vice)<br>**GIBBS MURA LLP**<br>136 Madison Avenue, Suite 541<br>New York, NY 10016<br>eb@classlawgroup.com | |
| Robert L. Brace (pro hac vice)<br>Maria F. Elosu (pro hac vice)<br>**LAW OFFICES OF ROBERT L. BRACE**<br>1807 Santa Barbara St.<br>Santa Barbara, CA 93101<br>Telephone: (805) 886-8458<br>rlbrace@rusty.lawyer<br>mariaelosulaw@gmail.com<br>Miles N. Clark (NBN 13848) | |

1  **LAW OFFICES OF MILES N. CLARK, LLC**
2  5510 S. Fort Apache Rd., Suite 30
3  Las Vegas, NV 89148-7700
   (702) 856-7430
4  miles@milesclarklaw.com

5  *Liaison Counsel*

6

7  For Receiver Geoff Winkler:

8  */s/ Jarrod L. Richard*
   **SEMENZA KIRCHER RICKARD**
9  Jarrod L. Rickard, Bar No. 10203
   Katie L. Cannata, Bar No. 14848
10 10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145

11
   **LEVINE KELLOGG LEHMAN**
12 **SCHNEIDER + GROSSMAN LLP**
   Jeffrey C. Schneider, P.A.
13 Florida Bar No. 933244
   (admitted *pro hac vice*)
14 Jason K. Kellogg, P.A.
15 Florida Bar No. 0578401
   (admitted *pro hac vice*)
16 Marcelo Diaz-Cortes, Esq.
   Florida Bar No. 118166
17 (admitted *pro hac vice*)
18 100 SE 2nd Street
   Miami Tower, 36th Floor
19 Miami, Florida 33131

20 *Attorneys for Receiver*

21

22

23

24

25

26

27

28

-4-
STIPULATION TO EXTEND BRIEFING SCHEDULE FOR CERTAIN MOTIONS IN
CONNECTION WITH CLASS CERTIFICATION AND SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR CERTAIN MOTIONS IN CONNECTION WITH CLASS CERTIFICATION AND SUMMARY JUDGMENT** |

This matter comes before the Court on the parties' Stipulation to Extend Briefing Schedule for Certain Motions in Connection with Motions for Class Certification and Summary Judgment. Upon consideration of the Stipulation, the Court hereby GRANTS the Stipulation. It is HEREBY ORDERED that:

(a) The following deadlines apply to motions challenging experts or evidence in connection with class certification and summary judgment, including those currently pending and any filed in the future ("Covered Motions");

(b) Opposition briefs to Covered Motions shall be filed within 28 days of the filing of the motion;

(c) Replies in support of Covered Motions shall be filed within 14 days of the filing of the opposition brief.

**IT IS SO ORDERED.**

DATED: March 28, 2025