K. Issac deVyver (*pro hac vice*)
Karla L. Johnson (*pro hac vice*)
McGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: 412-667-6000
Fax: 412-667-6050
kdevyver@mcguirewoods.com
kjohnson@mcguirewoods.com

Anthony Q. Le (*pro hac vice*)
Molly M. White (*pro hac vice*)
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310-315-8200
Fax: 310-315-8210
ale@mcguirewoods.com
mwhite@mcguirewoods.com

Alicia A. Baiardo (*pro hac vice*)
McGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Phone: 415-844-9944
Fax: 415-844-9922
abaiardo@mcguirewoods.com

Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-669-4600
Fax: 702-669-4650
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　The Hon. Gloria M. Navarro<br><br>　　　　　The Hon. Nancy J. Koppe |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Geoff Winkler (the "Receiver" or "Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") jointly stipulate concerning the briefing schedule of Wells Fargo's Motion for Summary Judgment filed on April 23, 2025 as follows:

WHEREAS, on January 16, 2025, the parties filed a stipulation to set a briefing schedule on Motions for Summary Judgment, which the Court entered the same day, ECF Nos. 128 and 129;

WHEREAS, on April 23, 2025, Wells Fargo filed its Motion for Summary Judgment in this Action pursuant to the briefing schedule, ECF No. 137;

WHEREAS, on June 2, 2025, the Receiver filed his Opposition to Wells Fargo's Motion for Summary Judgment, pursuant to the briefing schedule, ECF No. 140;

WHEREAS, pursuant to the briefing schedule, Wells Fargo's Reply in Support of its Motion for Summary Judgment is currently due on June 23, 2025, ECF No. 129;

WHEREAS, on May 29, 2025, the Receiver's counsel informed Wells Fargo's counsel that a document production from the SEC Action had inadvertently not been loaded into the Receiver's document management system, due to the inadvertence he had not produced the documents to Wells Fargo, and he was working to immediately produce those documents to Wells Fargo;

WHEREAS, Wells Fargo's vendor received that document production on June 9, 2025;

WHEREAS, the document production is 120 GB and approximately 250,000 pages;

WHEREAS, Wells Fargo is now working to process and review the documents in the production;

WHEREAS, to provide time for Wells Fargo to review the additional production, and if necessary, address the additional documents in its summary judgment briefing, the Parties agree and request to extend Wells Fargo's Reply in Support of its Motion for Summary Judgment by 30 days to July 23, 2025;

NOW THEREFORE, the Parties stipulate as follows, subject to the Court's approval:

(a)     The deadline for Wells Fargo's Reply in Support of its Motion for Summary Judgment shall be extended by 30 days until July 23, 2025.

Dated: June 10, 2025

Respectfully submitted,

By: */s/ Marcelo Diaz-Cortes (with permission)*

Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131

*Attorneys for Receiver*

By: */s/ K. Issac deVyver*

K. Issac deVyver (*pro hac vice*)
Karla L. Johnson (*pro hac vice*)
**McGUIREWOODS LLP**
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: 412-667-6000
Fax: 412-667-6050
kdevyver@mcguirewoods.com
kjohnson@mcguirewoods.com

Alicia A. Baiardo (*pro hac vice*)
**McGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Phone: 415-844-9944
Fax: 415-844-9922
abaiardo@mcguirewoods.com

Anthony Q. Le (*pro hac vice*)
Molly M. White (*pro hac vice*)
**McGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310-315-8200
Fax: 310-315-8210
ale@mcguirewoods.com
mwhite@mcguirewoods.com

Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-669-4600
Fax: 702-669-4650
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Wells Fargo Bank, N.A.*

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of

3

Court using the CM/ECF system which will send notification of such filing to counsel of record

4

via the ECF system.

5

Daniel C. Girard (*pro hac vice*)
Eric H. Gibbs (*pro hac vice*)

6

Jordan Elias (*pro hac vice*)
David K. Stein (*pro hac vice*)
Thomas Watts (*pro hac vice*)
Amy M. Zeman (*pro hac vice*)

7

Jordan Isern (*pro hac vice*)
Spencer S. Hughes (*pro hac vice*)
GIRARD SHARP LLP
GIBBS MURA LLP

8

601 California Street, Suite 1400
1111 Broadway, Suite 2100
San Francisco, CA 94108
Oakland, CA 94607

9

dgirard@girardsharp.com
ds@classlawgroup.com
jelias@girardsharp.com
ehg@classlawgroup.com

10

tomw@girardsharp.com
amz@classlawgroup.com

11

jisern@girardsharp.com
shughes@classlawgroup.com
*Interim Co-Lead Counsel*
*Interim Co-Lead Counsel*

12

13

Robert L. Brace (*pro hac vice*)
Emily Beale (*pro hac vice*)
Maria Fernanda Elosu (*pro hac vice*)
GIBBS MURA LLP

14

LAW OFFICES OF ROBERT L. BRACE
136 Madison Avenue, Suite 541
1807 Santa Barbara St.
New York, NY 10016

15

Santa Barbara, CA 93101
eb@classlawgroup.com
rlbrace@rusty.lawyer
*Interim Co-Lead Counsel*

16

mariaelosulaw@gmail.com
*Interim Co-Lead Counsel*

17

Jeffrey C. Schneider (*pro hac vice*)
Jason K. Kellogg (*pro hac vice*)

18

Miles N. Clark
Marcelo Diaz-Cortes (*pro hac vice*)
KNEPPER & CLARK LLC
LEVINE KELLOGG LEHMAN

19

5510 S. Fort Apache Rd., Suite 30
SCHNEIDER + GROSSMAN LLP
Las Vegas, NV 89148-7700
100 SE 2nd Street

20

miles@milesclarklaw.com
Miami Tower, 36th Floor
*Liaison Counsel*
Miami, Florida 33131

21

jcs@lklsg.com

22

Jarrod L. Rickard, Esq.
jk@lklsg.com
Katie L. Cannata, Esq.
md@lklsg.com

23

SEMENZA KIRCHER RICKARD
*Attorneys for Receiver Geoff Winkler*
10161 Park Run Drive, Suite 150

24

Las Vegas, Nevada 89145
jlr@skrlawyers.com

25

klc@skrlawyers.com

26

*Attorneys for Receiver Geoff Winkler*

27

*/s/ K. Issac deVyver*
K. Issac deVyver

28

-3-
STIPULATION TO EXTEND BRIEFING SCHEDULE FOR
MOTION FOR SUMMARY JUDGMENT

K. Issac deVyver (*pro hac vice*)
Karla L. Johnson (*pro hac vice*)
McGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: 412-667-6000
Fax: 412-667-6050
kdevyver@mcguirewoods.com
kjohnson@mcguirewoods.com

Anthony Q. Le (*pro hac vice*)
Molly M. White (*pro hac vice*)
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310-315-8200
Fax: 310-315-8210
ale@mcguirewoods.com
mwhite@mcguirewoods.com

*Attorneys for Wells Fargo Bank, N.A.*

Alicia A. Baiardo (*pro hac vice*)
McGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Phone: 415-844-9944
Fax: 415-844-9922
abaiardo@mcguirewoods.com

Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-669-4600
Fax: 702-669-4650
jgwent@hollandhart.com
srgambee@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>               Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>               Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

1    This matter comes before the Court on the parties' Stipulation to Extend Briefing Schedule

2    for Motion for Summary Judgment.   Upon consideration of the Stipulation, the Court hereby

3    GRANTS the Stipulation. It is HEREBY ORDERED that:

4    (a)    Wells Fargo's reply in support of its Motion for Summary Judgment shall be

5    extended by 30 days until July 23, 2025.

6

7    **IT IS SO ORDERED.**

8    U.S. District Court Judge

9    DATED: _____June 12, 2025_____