**SEMENZA RICKARD LAW**
Jarrod L. Rickard, Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Bar No. 14848
Email: klc@semenzarickard.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider (*pro hac vice*)
jcs@lklsg.com
Jason K. Kellogg (*pro hac vice*)
jk@lklsg.com
Marcelo Diaz-Cortes (*pro hac vice*)
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>       Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>       Defendant. | **Case No.: 2:23-cv-00703-GMN-NJK**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY APPROVAL** |

Pursuant to Local Rule IA 6-1, the parties in the two above-captioned actions (the "Parties") hereby stipulate, subject to this Court's approval, to further extend the deadline for Plaintiffs' motions for preliminary court approval of the settlement of these actions.

In support of this stipulation, the Parties state as follows:

WHEREAS, at the Parties' request, these matters have been stayed pending mediation since August 27, 2025.[1]  ECF No. 272.  On November 4, 2025, the Parties signed a binding term sheet, providing for the joint settlement of the Class Action (*In re J&J Investment*s, Case No.: 2:22-cv-00529-GMN-NJK (D. Nev.)) and the Receivership Action (*Winkler v. Wells Fargo Bank., N.A.*, Case No.: 2:23-cv-00703-GMN-NJK (D. Nev.)).  *See* ECF No. 278.

WHEREAS, for the settlements to take effect, the settlement of the Class Action must be approved by the Court under Fed. R. Civ. P. 23(e), and settlement of the Receivership Action must be approved by Judge Silva in the SEC Action (*SEC v. Beasley*, No. 22-cv-00612 (D. Nev.)) under Fed. R. Civ P. 66.

WHEREAS, the original deadline for filing of motions for preliminary approval was January 14, 2026.  ECF No. 279.

WHEREAS, the Court on January 7, 2026 entered an order extending that deadline by 45 days to February 27, 2026.

WHEREAS, the Parties respectfully request a further extension of the deadline to move for preliminary approval.  The Parties are working to coordinate approval procedures in both actions and, in the interests of avoiding investor confusion and duplicative expense, to incorporate to the extent practicable the Receiver's claim determinations in the SEC Action (*SEC v. Beasley*, No. 22-cv-00612 (D. Nev.), and these negotiations require consultation with the Receiver and his staff, in addition to documentation preparation and client approvals.

WHEREAS, the Parties do not anticipate seeking a further extension of the deadline to file for preliminary approval.

NOW THEREFORE, THE PARTIES STIPULATE THAT:

---

[1] All references to the docket refer to the Class Action, unless otherwise specified.

2

1. Plaintiffs shall file their motion for preliminary settlement approval no later than April 13, 2026.

2. The Parties expressly reserve their rights, except as otherwise stipulated herein.

**IT IS SO STIPULATED.**

Dated: February 18, 2026                                    Respectfully submitted,

By: /s/ *Jarrod L. Rickard*
**SEMENZA RICKARD LAW**
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

By: /s/ *Jason Kellogg*
**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131

*Attorneys for Receiver*

By: /s/ *Daniel C. Girard*
Daniel C. Girard (*pro hac vice*)
Jordan Isern (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: 415-981-4800
Fax: 415-981-4846
dgirard@girardsharp.com
jisern@girardsharp.com

By: /s/ *K. Issac de Vyver*
K. Issac deVyver (*pro hac vice*)
Karla L. Johnson (*pro hac vice*)
**MCGUIREWOODS LLP**
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-6000
Fax: 412-667-6050
kdevyver@mcguirewoods.com
kjohnson@mcguirewoods.com

Alicia A. Baiardo (*pro hac vice*)
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944
Fax: 415-844-9922
abaiardo@mcguirewoods.com

Anthony Q. Le (*pro hac vice*)
Molly M. White (*pro hac vice*)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310-315-8200
Fax: 310-315-8210
ale@mcguirewoods.com
mwhite@mcguirewoods.com

Joseph G. Went (NBN 9220)
Sydney R. Gambee (NBN 14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4600
Fax: 702-669-4650
jgwent@hollandhart.com
srgambee@hollandhart.com
*Attorneys for Defendant*

Eric Gibbs (*pro hac vice*)
David K. Stein (*pro hac vice*)
Spencer Hughes (*pro hac vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Fax: 510-350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
shughes@classlawgroup.com

Emily Beale (*pro hac vice*)
**GIBBS LAW GROUP LLP**
136 Madison Avenue, Suite 541
New York, NY 10016
eb@classlawgroup.com

Robert L. Brace (*pro hac vice*)
Maria F. Elosu (*pro hac vice*)
**LAW OFFICES OF
ROBERT L. BRACE**
1807 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: 805-886-8458
rlbrace@rusty.lawyer
mariaelosulaw@gmail.com

*Interim Co-Lead Counsel*

**IT IS HEREBY ORDERED** that the parties must file their motion for preliminary settlement approval no later than April 13, 2026.

**DATED** this __25__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4