Daniel C. Girard (*pro hac vice*)
Jordan Isern (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800)
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jisern@girardsharp.com

Eric Gibbs (*pro hac vice*)
David K. Stein (*pro hac vice*)
Spencer Hughes (*pro hac vice*)
**GIBBS MURA LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
shughes@classlawgroup.com

*Interim Co-Lead Counsel*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY APPROVAL** |

1

JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE
FOR PRELIMINARY APPROVAL
Case No. 2:22-cv-00529-GMN-NJK, 2:23-cv-00703-GMN-NJK

Pursuant to Local Rule IA 6-1, the parties in the two above-captioned actions (the "Parties") hereby stipulate, subject to this Court's approval, to further extend the deadline for Plaintiffs' and the Receiver's motions for preliminary court approval of the settlement of these actions.

In support of this stipulation, the Parties state as follows:

WHEREAS, at the Parties' request, these matters have been stayed pending mediation since August 27, 2025.[1] ECF No. 272. On November 4, 2025, the Parties signed a binding term sheet, providing for the joint settlement of the Class Action (*In re J&J Investment*s, Case No.: 2:22-cv-00529-GMN-NJK (D. Nev.)) and the Receivership Action (*Winkler v. Wells Fargo Bank., N.A.*, Case No.: 2:23-cv-00703-GMN-NJK (D. Nev.)). *See* ECF No. 278.

WHEREAS, for the settlements to take effect, the settlement of the Class Action must be approved by the Court under Fed. R. Civ. P. 23(e), and settlement of the Receivership Action must be approved by Judge Silva in the SEC Action (*SEC v. Beasley*, No. 22-cv-00612 (D. Nev.)) under Fed. R. Civ P. 66.

WHEREAS, the original deadline for filing of motions for preliminary approval was January 14, 2026. ECF No. 279.

WHEREAS, the Court on January 7, 2026 entered an order extending that deadline by 45 days to February 27, 2026. ECF No. 281.

WHEREAS, the Court on February 26, 2026, entered an order extending the deadline by 45 days to April 13, 2026. ECF No. 283.

WHEREAS, the Parties have reached final agreement on all settlement documentation and related exhibits and Plaintiffs and the Receiver are prepared to file their motions, but the Parties require additional time to procure signatures of all signatories to the Settlement Agreement.

WHEREAS, the Parties accordingly request additional time to procure the required signatures.

NOW THEREFORE, THE PARTIES STIPULATE THAT:

---

[1] All references to the docket refer to the Class Action, unless otherwise specified.

JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY APPROVAL
Case No. 2:22-cv-00529-GMN-NJK, 2:23-cv-00703-GMN-NJK

1.     Plaintiffs shall file their motion for preliminary settlement approval no later than April 27, 2026.

2.     The Parties expressly reserve their rights, except as otherwise stipulated herein.

**IT IS SO STIPULATED.**

Dated: April 10, 2026                          Respectfully submitted,

By: /s/ *Daniel C. Girard*                      By: /s/ *Issac deVyver*

Daniel C. Girard (*pro hac vice*)            K. Issac deVyver (*pro hac vice*)
Jordan Isern (*pro hac vice*)                 Karla L. Johnson (*pro hac vice*)
**GIRARD SHARP LLP**                         **MCGUIREWOODS LLP**
601 California Street, Suite 1400            260 Forbes Avenue, Suite 1800
San Francisco, California 94108             Pittsburgh, PA 15222
Telephone: 415-981-4800                     Telephone: 412-667-6000
Fax: 415-981-4846                           Fax: 412-667-6050
dgirard@girardsharp.com                     kdevyver@mcguirewoods.com
jisern@girardsharp.com                      kjohnson@mcguirewoods.com

Eric Gibbs (*pro hac vice*)                  Alicia A. Baiardo (*pro hac vice*)
David K. Stein (*pro hac vice*)              **MCGUIREWOODS LLP**
Spencer Hughes (*pro hac vice*)             Two Embarcadero Center, Suite 1300
**GIBBS MURA LAW GROUP LLP**                San Francisco, CA 94111
1111 Broadway, Suite 2100                   Telephone: 415-844-9944
Oakland, CA 94607                           Fax: 415-844-9922
Telephone: 510-350-9700                     abaiardo@mcguirewoods.com
Fax: 510-350-9701
ehg@classlawgroup.com                       Anthony Q. Le (*pro hac vice*)
ds@classlawgroup.com                        Molly M. White (*pro hac vice*)
shughes@classlawgroup.com                   **MCGUIREWOODS LLP**
                                            1800 Century Park East, 8th Floor
Emily Beale (*pro hac vice*)                 Los Angeles, CA 90067
**GIBBS MURA LAW GROUP LLP**                Telephone: 310-315-8200
136 Madison Avenue, Suite 541               Fax: 310-315-8210
New York, NY 10016                          ale@mcguirewoods.com
eb@classlawgroup.com                        mwhite@mcguirewoods.com

Robert L. Brace (*pro hac vice*)             Joseph G. Went (NBN 9220)
Maria F. Elosu (*pro hac vice*)              Sydney R. Gambee (NBN 14201)
**LAW OFFICES OF**                           **HOLLAND & HART LLP**
**ROBERT L. BRACE**                          9555 Hillwood Drive, 2nd Floor
1807 Santa Barbara Street                   Las Vegas, NV 89134
Santa Barbara, CA 93101                     Telephone: 702-669-4600
                                            Fax: 702-669-4650

3

JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE
FOR PRELIMINARY APPROVAL
Case No. 2:22-cv-00529-GMN-NJK, 2:23-cv-00703-GMN-NJK

Telephone: 805-886-8458
rlbrace@rusty.lawyer
mariaelosulaw@gmail.com

*Interim Co-Lead Counsel*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF
MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Telephone: 702-856-7430
miles@milesclarklaw.com

*Liaison Counsel*

By: /s/ *Jeffrey C. Schneider*
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
(admitted *pro hac vice*)
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
(admitted *pro hac vice*)
Marcelo Diaz-Cortes, Esq.
Florida Bar No. 118166
(admitted *pro hac vice*)
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131

By: /s/ *Jarrod L. Rickard*
**SEMENZA RICKARD LAW**
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Receiver*

jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __14__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

4

JOINT STIPULATION AND ORDER FOR FURTHER EXTENSION OF DEADLINE TO MOVE
FOR PRELIMINARY APPROVAL
Case No. 2:22-cv-00529-GMN-NJK, 2:23-cv-00703-GMN-NJK